UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAQUIN MARIO VALENCIA-TRUJILLO, *pro se*, )<br><br>Plaintiff,       )<br>v.                    )<br>                    )<br>UNITED STATES OF AMERICA, *et al.*, )<br>                    )<br>Defendants.       ) | Civil Action No. 10-1572 (ESH) |

**MOTION FOR SCHEDULING ORDER**

Defendants, by and through undersigned counsel, respectfully submit this Motion for Scheduling Order in this Freedom of Information Act ("FOIA") action. Defendants are filing this Motion concurrently with their Answer to Plaintiff's Complaint. This case is exempt from Local Rule 16.3 and Federal Rule of Civil Procedure 26(f) because it is a FOIA action and because Plaintiff is incarcerated and proceeding *pro se*. Also, because Plaintiff is a *pro se* prisoner, Local Rule 7(m) does not require that Defendants confer with Plaintiff regarding this motion. A proposed Order consistent with this request is attached.

1.    On November 24, 2010, Defendant Department of the Treasury ("Treasury") released all non-exempt material responsive to Plaintiff's FOIA request identified in his Complaint. Treasury released approximately 638 pages of records to Plaintiff. Of these records, 235 pages were withheld in part and 22 pages were withheld in full pursuant to FOIA Exemptions 2, 6, 7(C), and 7(E). *See* 5 U.S.C. § 552(b)(2), (6), (7)(C), & (7)(E). In general, information redacted on the partially withheld pages pertained to similar information repeated multiple times within the documents.

2. In light of the fact that Treasury has complied with Plaintiff's requested relief that the agency "produce the requested documents" (*see* Compl. at 4), Defendants respectfully request that the Court order Plaintiff to respond within 30 days of the date of the Court's Order on this Motion and indicate whether he objects to the withholdings in the documents (or whether he believes that there is any other basis that his FOIA claim is not moot).

3. In the event that Plaintiff responds to the Court's Order by objecting to the withholdings, Treasury is prepared to file a dispositive motion within 90 days after service of Plaintiff's objection. In the event that Plaintiff fails to respond to the Court's Order on this Motion, Defendant is prepared to file a dispositive motion within 90 days after Plaintiff was required to respond.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Chief, Civil Division

By:     /s/
BENJAMIN G. BIRKHILL
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7139
Benjamin.Birkhill@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAQUIN MARIO VALENCIA-TRUJILLO, *pro se*, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civil Action No. 10-1572 (ESH) |

## **ORDER**

Upon Consideration of Defendants' Motion for Scheduling Order, and the entire record herein, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff shall file a response within 30 days of the date of this Order indicating whether he objects to the withholdings in the released documents.

It is further **ORDERED** that Defendants shall file a dispositive motion within 90 days after service of Plaintiff's objection or, if Plaintiff files no response to this Order, within 90 days after Plaintiff was required to object.

It is **SO ORDERED** this _____ day of _____, 2010.

ELLEN SEGAL HUVELLE
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of November, 2010, a true and correct copy of the above Motion for Briefing Schedule was sent to Plaintiff via first class mail at the address listed below:

JOAQUIN MARIO VALENCIA-TRUJILLO
R02440-748
COLEMAN II
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521

                                              /s/
                                        BENJAMIN G. BIRKHILL
                                        Special Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7139