UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOAQUIN MARIO VALENCIA-TRUJILLO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-1572 (ESH) |
| UNITED STATES, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Defendants' dispositive motion in this Freedom of Information Act (FOIA) case is currently due by January 18, 2011.  *See* Minute Order, Nov. 29, 2010.  Plaintiff has moved the Court to require Defendants to submit with such motion "compliance affidavits" attesting that "the government agency has faithfully complied with its search and disclosure obligations" as well as a *Vaughn* index.  Mot. to Compel the Filing of Compliance Affs. and a *Vaughn* Index Along With any Dispositive Mots. at 3–4, ECF No. 15.  The Court will deny this motion as premature.

Defendants have not yet filed a dispositive motion in this case, making Plaintiff's motion as to affidavits accompanying such a motion premature.  If Defendants file a motion for summary judgment asserting compliance with their search and disclosure obligations under the FOIA, such motion should be accompanied by appropriate affidavits.  *See* Fed. R. Civ. P. 54(c)(4) (noting that motions for summary judgment may be supported by affidavits); *Weisberg v. DOJ*, 705 F.2d 1344, 1351 (D.C. Cir. 1983) (noting that the reasonableness of a search may be explained by affidavit); *Mil. Audit Project v. Casey*, 656 F.2d 724, 738 (D.C. Cir. 1981) (noting

that the justifications for any withholdings may explained be by affidavit).  An order of this Court is not necessary to reiterate the need for appropriate affidavits in the event that Defendants file a motion for summary judgment.  If, however, upon filing such a motion, Defendants fail to submit affidavits to Plaintiff's satisfaction, Plaintiff may bring the matter to the Court's attention in a memorandum in opposition to the motion.

A request for a *Vaughn* index is also premature before the filing of Defendants' dispositive motion.  A *Vaughn* index is a document that correlates all withholdings with specific FOIA exemptions and the agency's specific nondisclosure justifications.  *Vaughn v. Rosen*, 484 F.2d 820, 827 (D.C. Cir. 1973).  An attempt to obtain a *Vaughn* index before the filing of a dispositive motion is inappropriate because "[t]he filing of a dispositive motion, along with detailed affidavits, may obviate the need for indexing the withheld documents." *Stimac v. DOJ*, 620 F. Supp. 212, 213 (D.D.C. 1985).  If, upon filing such a motion, Defendants fail to sufficiently explain any withholdings, only then should the Court order the creation of a *Vaughn* index.

Accordingly, it is hereby **ORDERED** that the Motion to Compel the Filing of Compliance Affidavits and a *Vaughn* Index Along With any Dispositive Motions is **DENIED**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: January 4, 2011